■ MICHAEL CUTILLO et al., Respondents, v PARK CORPORATION, Appellant. (Appeal No. 2.)—Order unanimously affirmed with costs *(see, Sweatland v Park Corp.,* 181 AD2d 243 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Hayes, J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Fallon and Doerr, JJ.